IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEWART LUCKMAN ) | |
| ) | Case No. 3:14-0842 |
| v. ) | JUDGE SHARP |
| ) | |
| MID-CENTURY INSURANCE COMPANY ) | |
| ) | |

**O R D E R**

Pursuant to the Joint Stipulation for Dismissal with Prejudice (Docket No. 25) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE